

**NUMBER 13-19-00074-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE AT&T INC., ET AL.**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Justices Benavides, Longoria, and Hinojosa**
**Order Per Curiam**

Relators, AT&T Inc.; New Cingular Wireless PCS, LLC d/b/a AT&T Mobility, individually and in its capacity as General Partner of McAllen-Edinburg-Mission SMSA Limited Partnership, Texas RSA 18 Limited Partnership, and Texas RSA 19 Limited Partnership; AT&T Mobility Corporation; Cricket Communications, LLC; and Cricket Wireless, LLC, filed a petition for writ of mandamus in the above cause on February 15, 2019. We previously abated this cause to allow the successor judge, the Honorable Marla Cuellar, to consider the matters at issue here. *See* TEX. R. APP. P. 7.2(b).

On March 28, 2018, this Court granted the unopposed joint motion for extension of time for the Rule 7.2 hearing in the trial court filed by VTX Communications, LLC and VTX Investments, LLC, individually and derivatively on behalf of McAllen-Edinburg-Mission SMSA Limited Partnership, TEXAS RSA 18 Limited Partnership, and Texas RSA 19 Limited Partnership (VTX Plaintiffs), and extended the time for hearing until Monday, May 6, 2018. That same day, however, this Court granted VTX Plaintiffs' later-filed motion for legislative continuance. The motion for legislative continuance requested that consideration of the mandamus be continued to a date thirty days after the date on which the legislature adjourns. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 30.003(b) (West, Westlaw through 2017 1st C.S.). Pursuant to Texas Civil Practice and Remedies Code section 30.003(b), the case "shall" be continued until 30 days after the date on which the legislature adjourns." *See id.* Subsequently, Judge Cuellar has requested abatement of this original proceeding "to a date subsequent to June 26, 2019" to comply with the statute.

We now clarify that this matter is abated until such time as necessary to allow Judge Cuellar the opportunity to consider the rulings at issue in this original proceeding.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of April, 2019.

2